JS 44  (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hamlet Garcia Jr.

## DEFENDANTS
STATE OF NEW JERSEY

**(b)** County of Residence of First Listed Plaintiff   Philadelphia
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   TRENTON
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Vanessa G Pena (856) 438 0010
206 E Albanus Street
Philadelphia, PA [19120]

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ❏ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ |
| Citizen of Another State | ☒ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ❏ 110 Insurance
- ❏ 120 Marine
- ❏ 130 Miller Act
- ❏ 140 Negotiable Instrument
- ❏ 150 Recovery of Overpayment & Enforcement of Judgment
- ❏ 151 Medicare Act
- ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ❏ 153 Recovery of Overpayment of Veteran's Benefits
- ❏ 160 Stockholders' Suits
- ❏ 190 Other Contract
- ❏ 195 Contract Product Liability
- ❏ 196 Franchise

### TORTS
**PERSONAL INJURY**
- ❏ 310 Airplane
- ❏ 315 Airplane Product Liability
- ❏ 320 Assault, Libel & Slander
- ❏ 330 Federal Employers' Liability
- ❏ 340 Marine
- ❏ 345 Marine Product Liability
- ❏ 350 Motor Vehicle
- ❏ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ❏ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ❏ 365 Personal Injury - Product Liability
- ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ❏ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ❏ 370 Other Fraud
- ❏ 371 Truth in Lending
- ❏ 380 Other Personal Property Damage
- ❏ 385 Property Damage Product Liability

### REAL PROPERTY
- ❏ 210 Land Condemnation
- ❏ 220 Foreclosure
- ❏ 230 Rent Lease & Ejectment
- ❏ 240 Torts to Land
- ❏ 245 Tort Product Liability
- ❏ 290 All Other Real Property

### CIVIL RIGHTS
- ❏ 440 Other Civil Rights
- ❏ 441 Voting
- ❏ 442 Employment
- ❏ 443 Housing/ Accommodations
- ❏ 445 Amer. w/Disabilities - Employment
- ❏ 446 Amer. w/Disabilities - Other
- ❏ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ❏ 463 Alien Detainee
- ❏ 510 Motions to Vacate Sentence
- ❏ 530 General
- ❏ 535 Death Penalty
**Other:**
- ❏ 540 Mandamus & Other
- ❏ 550 Civil Rights
- ❏ 555 Prison Condition
- ❏ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ❏ 625 Drug Related Seizure of Property 21 USC 881
- ❏ 690 Other

### LABOR
- ❏ 710 Fair Labor Standards Act
- ❏ 720 Labor/Management Relations
- ❏ 740 Railway Labor Act
- ❏ 751 Family and Medical Leave Act
- ❏ 790 Other Labor Litigation
- ❏ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ❏ 462 Naturalization Application
- ❏ 465 Other Immigration Actions

### BANKRUPTCY
- ❏ 422 Appeal 28 USC 158
- ❏ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ❏ 820 Copyrights
- ❏ 830 Patent
- ❏ 840 Trademark

### SOCIAL SECURITY
- ❏ 861 HIA (1395ff)
- ❏ 862 Black Lung (923)
- ❏ 863 DIWC/DIWW (405(g))
- ❏ 864 SSID Title XVI
- ❏ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ❏ 870 Taxes (U.S. Plaintiff or Defendant)
- ❏ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ❏ 375 False Claims Act
- ❏ 376 Qui Tam (31 USC 3729(a))
- ❏ 400 State Reapportionment
- ❏ 410 Antitrust
- ❏ 430 Banks and Banking
- ❏ 450 Commerce
- ❏ 460 Deportation
- ❏ 470 Racketeer Influenced and Corrupt Organizations
- ❏ 480 Consumer Credit
- ❏ 490 Cable/Sat TV
- ❏ 850 Securities/Commodities/ Exchange
- ❏ 890 Other Statutory Actions
- ❏ 891 Agricultural Acts
- ❏ 893 Environmental Matters
- ❏ 895 Freedom of Information Act
- ❏ 896 Arbitration
- ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ❏ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
PRIVATE RIGHT [OF ACTION]
Brief description of cause:
Deprivation and Violation

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
660,660,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ❏ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
11/25/17

SIGNATURE OF ATTORNEY OF RECORD
H Garcia Jr

## FOR OFFICE USE ONLY

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

'Federal Court'

At

'District Court of the united States of new Jersey'

| | | |
|---|---|---|
| **i: a man;** | § | |
| *prosecutor* | § | |
| | § | **nature of case: claim** |
| _____ | § | **claim: trespass** |
| | § | |
| **STATE OF NEW JERSEY** | § | **(verified)** |
| *Wrongdoer(s)* | § | |

**i, require: a 'court of record' : 'trial by jury';**

**claim: trespass [forgery]**

i, a man [Hamlet Garcia Jr.]  claim:

- the said wrongdoer(s) trespass upon my property;

- the causal agent of the trespass, comes by way of its use of forged instrument;

- the trespass did and does harm and injury to my property;

- the commencement of wrong and harm began on or about February 22, 2015

- the wrong and harm continues to this day, November 25, 2017;

- i,  require compensation for the initial continual trespass upon my property;

- compensation due: Six-hundred and Sixty million, Six-hundred and Sixty thousand

  dollars; an additional Thirty Three cents for every second i am not without property

  restored;

i, say here, and will verify in open court, that all herin be true

November 25th 2017

See: 'JS-44 Form', i, filed with the Office of the Court Clerk

Originally: A Personal Injury Claim; #360; 'DIVERSITY; Right [Private Right of Action]; Altered into a: CIVIL RIGHTS COMPLAINT; 440: Other; 'FEDERAL QUESTION'; Title 42 § 1983. See New Jersey Statutes Title 2A. Administration of Civil and Criminal Justice 2A § 14-5; 46:26A-2. **Court of record (Black's Law Dictionary, 4th Ed., 425, 426) [SENATE, No. 1126 - STATE OF NEW JERSEY - 217th LEGISLATURE Feb 8, 2016]**

# Exhibit 29:
# The federal district courts are courts of record

974   [25 C. J.]                    *FEDERAL COURTS*                    [§§ 343-347]

[§ 343]  2. **Judges.**[80]  The statute provides for the number and qualifications of judges and requires that every district judge shall reside in the district, or one of the districts, for which he is appointed.[81]  During a vacancy in the office of district judge for a district coextensive with a state, no other judge is authorized to sit therein, and all judicial action remains in abeyance until the vacancy is filled, or another judge is designated, pursuant to law, to exercise the judicial functions temporarily.[82]  Provision is made, however, for the designation of another judge in case of a vacancy in the office of judge of a particular district, or disqualification of the judge.[83]

[§ 344]  B. **Character of Courts.**[84]  The federal district courts are courts of record.[85]

[§ 345]  C. **Terms and Sessions.**[86]  Acts of a court done at a session held in conformity with a repealed act and before the time appointed under the repealing act which divided the district are void.[87]  A court sitting in one division cannot make an order between terms of court of another division affecting a marshal's acts under an order of sale in admiralty made in the latter division.[88]  Under the statute providing that special terms of any district court may be ordered by the district judge, and that "any business may be transacted at such special term which might be transacted at a regular term," a district court has jurisdiction at a special term to try a defendant on an indictment returned at a previous regular term, and it is not necessary that the order for the special term be incorporated in the record of the case to show such jurisdiction.[89]  The court is open from the beginning of each session to its end for the return of writs on the criminal side, although it has adjourned as a criminal court.[90]

[§ 346]  D. **Rules of Procedure.**[91]  The district courts have power to make rules and orders regulating their own practice, provided such rules are not inconsistent with any law of the United States or any rule established by the supreme court with respect to practice in all district courts.[92]  Except as otherwise provided by statute, or by rule of court, the practice in suits of equity and of admiralty and maritime jurisdiction must be according to the principles, rules, and usages which belong to courts of equity and of admiralty, respectively.[93]

[§ 347]  E. **Jurisdiction**[94]—1. **In General.**  The district courts are now the courts of general original jurisdiction in the federal judiciary system, and they have jurisdiction in all cases falling within the jurisdiction of federal courts,[95] except in so far as particular cases fall exclusively within the original jurisdiction of the supreme court,[96] laying out of consideration territorial and other similar statutory courts not vested with the federal judicial power.[97]  Formerly the jurisdiction of the district courts was much more limited, the general original federal jurisdiction being divided between the district and the former circuit courts.  Speaking generally the district court had jurisdiction of enumerated classes of cases, mainly, but not exclusively, cases with a governmental aspect,[98] while the circuit court had jurisdiction of the great mass of litigation in cases of a civil nature between private parties,[99] where the jurisdiction rested upon the citizenship, or char-

---

80.  See also generally Judges [23 Cyc 499].

81.  Jud. Code § 1.

82.  U. S. v. Murphy, 82 Fed. 893.

83.  Jud. Code § 13.  See McDowell v. U. S., 159 U. S. 596, 16 SCt 111, 40 L. ed. 271; The Alaska, 35 Fed. 555; National Home for Disabled Volunteer Soldiers v. Butler, 32 Fed. 374.
[a] Where there are two or more judges for a particular district, and the judge before whom an action or proceeding is to be tried is disqualified, a judge from another district may be designated, although the other judges of the district are not disqualified.  In re DeRan, 260 Fed. 732.
[b] It is only in the event of a vacancy, and not in the absence of the judge, that the statute takes effect.  American L. & T. Co. v. East, etc., R. Co., 40 Fed. 182.
[c] In case of the death of the disabled judge, the appointed judge holds court without further appointment as judge de facto if not de jure.  Ball v. U. S., 140 U. S. 118.
[d] After returning to his own district, a judge may entertain a motion for a new trial in a case heard in the other district.  Cheesman v. Hart, 42 Fed. 98.

84.  Amount in controversy see supra §§ 5, 79.

92.  U. S. Rev. St. § 918; Fullerton v. U. S. Bank, 1 Pet. (U. S.) 604, 7 L. ed. 280; The Planet Venus, 113 Fed. 387.
[a] A district court cannot by rule abolish chancery practice in that court, in violation of rules of supreme court for the regulation of federal courts in equity.  Story v. Livingston, 13 Pet. (U. S.) 359, 10 L. ed. 200.

93.  U. S. Rev. St. § 913; Gaines v. Relf, 15 Pet. (U. S.) 9, 10 L. ed. 642 (decided in 1841).

94.  Amount in controversy see infra § 350.

95.  See supra §§ 4-77.

96.  Original jurisdiction of supreme court see supra §§ 191-199.

97.  See infra § 353 et seq.

98.  U. S. Rev. St. § 563.
[a] The former jurisdiction of the district court, prior to the abolition of the circuit court by the Judicial Code, included: Jurisdiction of federal crimes and offenses; jurisdiction of suits for penalties and forfeitures incurred under the laws of the United States; jurisdiction of suits at common law by the United States or any officer thereof; jurisdiction of suits for forfeitures for debts to the United States; jurisdiction of actions arising under the postal laws; jurisdiction of all civil cases of admiralty and maritime ju-

mony); U. S. v. Block, 24 F. Cas. No. 14,610, 3 Biss. 208 (condemnation proceedings); U. S. v. Islots, 26 F. Cas. No. 16,441 [aff 91 U. S. 367, 23 L. ed. 449].  (2) An action may be of a civil nature, and thus within the federal jurisdiction, although criminal in form.  Illinois v. Illinois Cent. R. Co., 33 Fed. 721 (information in nature of quo warranto).  (3) Actions to recover penalties for violation of a statute are not suits of a civil nature.  Indiana v. Alleghany Oil Co., 85 Fed. 870, 873 ("The contention that the action is civil, and not penal, in its nature, because the statute of the state declares it to be a civil action, is untenable.  If congress had intended that the form of the action should determine the right of removal, apt language would have been used to indicate that purpose.  The language employed is 'suits of a civil nature.'  If the form, rather than the nature, of the action had been intended to determine the right of removal, congress would undoubtedly have used the words 'suits civil in form,' or perhaps the more general expression 'civil suits,' instead of using the language employed.  In using the language 'suits of a civil nature' it discloses the intent that the court should look beyond the form to the nature or purpose of